IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KEITH TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN ROBERT ADAMS, JR.,<br><br>    Defendant. | CIVIL ACTION NO.: 6:20-cv-85 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 10, 2021, Report and Recommendation, (doc. 13), to which plaintiff has not filed an objection.  The Court **ADOPTS** the Report and Recommendation as its opinion.  For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), and Amended Complaint, (doc. 10), are **DISMISSED**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA